UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MELVIN WILLIS,

Petitioner,

v.  6:00-cv-28

TOM GRAMIAK, Warden,

Respondent.

## ORDER

Melvin Willis has filed a Notice of Appeal. ECF No. 36. The Court construes a notice of appeal as a request for a Certificate of Appealability ("COA"). *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997). In the Eleventh Circuit, a COA is required for an appeal from a denial of a 60(b) motion. *Jackson v. Crosby*, 437 F.3d 1290, 1294 (11th Cir. 2006).

The Court previously denied Willis's Motion for Reconsideration because it was untimely. ECF No. 35. Willis's Motion presented no argument as to why his delay of nearly fourteen years should be excused. *Id.* at 1. Therefore, since Willis's Motion for Reconsideration presented no issue debatable among jurists of reason, his request for a COA should be denied. *See Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

Willis also impliedly moves for leave to proceed *in forma pauperis* ("IFP") on appeal. Because the Court can discern no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith. Therefore, IFP status on appeal is inappropriate. 28 U.S.C. § 1915(a)(3).

The Court *DENIES* Willis's request for a COA and also *DENIES* Willis IFP status on appeal.

This 27th day of October 2014.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA